DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 10/2021)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      \*

     \*

     v.      \*      MAG. NO.

     \*

RENEE SPENCE-SILVER      \*

     \*

     \*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

     [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

     [ ] Other:

Date: Oct 20, 2022

/s/ Matthew J. Skahill
_____
Honorable Matthew J. Skahill
United States Magistrate Judge